| | |
|---|---|
| **U.S. Department of Justice**<br>Washington, D.C. | **Criminal Docket**<br>Presented in Corpus Christi |

VICTORIA DIVISION
Magistrate No.:   V-18-69M

CR. No.:   **V-18- 44**

File:   INDICTMENT

Filed:   June 13, 2018

County:   Refugio

Judge:   **JUDGE JOHN D. RAINEY**

LIONS #:   2018R10418

Attorneys:

United States of America

RYAN K. PATRICK, U.S. ATTORNEY
PATTI HUBERT BOOTH, ASST. U.S. ATTORNEY
**GRAND JURY ACTION          APP'D   RET**

v.

PLEASE INITIAL

JUAN MIGUEL WENCE-GALLEGOS

TRUE BILL: _____

NO BILL: _____

Charge(s):   Ct. 1:   Unlawfully found in the United States after being previously excluded, deported, and removed: 8 USC 1326(a) and 1326(b).

Penalty:   Ct. 1:   Not more than 20 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and, a $100 Special Assessment.

In Jail:   XXX

On Bond:   _____

No Arrest:   _____